1 | JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2 | 2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
3 | SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271
4
5 | Attorney for Defendant
California Forensic Medical Group, Inc.
6

**FILED**

JUN 2 9 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 | DONALD NELSON, JOSEPH SIMPSON,          2:09-CV-02776 JAM EFB PC
     THOMAS BREWER, DONALD CANFIELD,
11 | And Roes 1-100,                         **STIPULATION FOR DISMISSAL BY**
                                             **PLAINTIFF DONALD CANFIELD AS TO**
12 |         Plaintiffs,                      **DEFENDANT CALIFORNIA FORENSIC**
                                             **MEDICAL GROUP, INC. AND ENTRY OF**
13 | vs.                                      **ORDER FOR DISMISSAL**

14 | BUTTE COUNTY SHERIFF'S DEPT, LT.
     BRYAN FLICKER, DEP. J. DEAL,
15 | DEP. McNULTY, DEP. PALEY, SGT.
     HOVEY, C.O. MOREHEAD, C.O.
16 | STOCKWELL, C.O. MELL, C.O.
     BENTLEY, C.O. PATRICK NARVAIS,
17 | C.O. DEMMERS, C.O. MAFFUCCI,
     CAPT. JONES, and DOES 1-40.
18
              Defendants.
19 | _____/

20 |     **PLAINTIFF DONALD CANFIELD HEREBY** agrees and stipulates by and

21 | through his attorney of record Ellen C. Dove to this court's entry of an

22 | order dismissing with prejudice defendant CALIFORNIA FORENSIC MEDICAL

23 | GROUP, INC. and only CALIFORNIA FORENSIC MEDICAL GROUP, INC.

24 | Dated: June 27, 2012

25

26 |                         /s/ Ellen C. Dove
                            By: Ellen C. Dove
27 |                         Attorney for Plaintiff
                            DONALD CANFIELD
28

                                    1

Dated: June 27, 2012          TRIMBLE, SHERINIAN & VARANINI


                              /s/ Jerome M. Varanini
                              By: Jerome M. Varanini
                              Attorney for Defendants
                              CALIFORNIA FORENSIC MEDICAL GROUP, INC.


                    ORDER GRANTING DISMISSAL

     Pursuant to the stipulation of the parties, defendant CALIFORNIA
FORENSIC MEDICAL GROUP, INC. and only CALIFORNIA FORENSIC MEDICAL GROUP,
INC. is hereby dismissed with prejudice. ~~and entry of judgment is to be~~
~~entered on their behalf.~~

Dated: **6-28-2012**

                              United States District Judge