```
JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271

Attorney for Defendant
California Forensic Medical Group, Inc.
```

FILED
JUN 29 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NELSON, JOSEPH SIMPSON, THOMAS BREWER, DONALD CANFIELD, And Roes 1-100,<br><br>  Plaintiffs,<br><br>vs.<br><br>BUTTE COUNTY SHERIFF'S DEPT, LT. BRYAN FLICKER, DEP. J. DEAL, DEP. McNULTY, DEP. PALEY, SGT. HOVEY, C.O. MOREHEAD, C.O. STOCKWELL, C.O. MELL, C.O. BENTLEY, C.O. PATRICK NARVAIS, C.O. DEMMERS, C.O. MAFFUCCI, CAPT. JONES, and DOES 1-40.<br><br>  Defendants.<br>_____ / | 2:09-CV-02776 JAM EFB PC<br><br>STIPULATION FOR DISMISSAL BY PLAINTIFF DONALD CANFIELD AS TO DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND ENTRY OF ORDER FOR DISMISSAL |

**PLAINTIFF DONALD CANFIELD HEREBY** agrees and stipulates by and through his attorney of record Ellen C. Dove to this court's entry of an order dismissing with prejudice defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. and only CALIFORNIA FORENSIC MEDICAL GROUP, INC.

Dated: June 27, 2012

/s/ Ellen C. Dove
By: Ellen C. Dove
Attorney for Plaintiff
DONALD CANFIELD

1

| | |
|---|---|
| Dated: June 27, 2012 | TRIMBLE, SHERINIAN & VARANINI |

/s/ Jerome M. Varanini
By: Jerome M. Varanini
Attorney for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC.

### ORDER GRANTING DISMISSAL

Pursuant to the stipulation of the parties, defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. and only CALIFORNIA FORENSIC MEDICAL GROUP, INC. is hereby dismissed with prejudice. ~~and entry of judgment is to be entered on their behalf.~~

Dated: 6-28-2012

*[signature]*
United States District Judge