```
JEROME M. VARANINI, ESQ. (State Bar No. 58531)
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350 (95833)
P.O. BOX 590
SACRAMENTO, CA  95812-0590
TELEPHONE:  (916) 444-8271


Attorney for Defendant
California Forensic Medical Group, Inc.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NELSON, JOSEPH SIMPSON, THOMAS BREWER, DONALD CANFIELD, And Roes 1-100,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>BUTTE COUNTY SHERIFF'S DEPT, LT. BRYAN FLICKER, DEP. J. DEAL, DEP. McNULTY, DEP. PALEY, SGT. HOVEY, C.O. MOREHEAD, C.O. STOCKWELL, C.O. MELL, C.O. BENTLEY, C.O. PATRICK NARVAIS, C.O. DEMMERS, C.O. MAFFUCCI, CAPT. JONES, and DOES 1-40.<br><br>　　　Defendants.<br>_____/ | CASE NO. 2:09-CV-02776 EFB<br><br>**STIPULATION FOR DISMISSAL BY PLAINTIFF JOSEPH SIMPSON AS TO DEFENDANT CALIFORNIA FORENSIC MEDICAL GROUP, INC. AND ENTRY OF ORDER FOR DISMISSAL** |

**PLAINTIFF JOSEPH SIMPSON HEREBY** agrees and stipulates by and through his attorney of record Ellen C. Dove to this court's entry of an order dismissing with prejudice defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. and only CALIFORNIA FORENSIC MEDICAL GROUP, INC.

Dated: July 25, 2012


　　　　　　　　　　　　　　　　　　*/s/ Ellen C. Dove*
　　　　　　　　　　　　　　　　　　By: Ellen C. Dove
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　JOSEPH SIMPSON

1

Dated: July 25, 2012                        TRIMBLE, SHERINIAN & VARANINI


                                            */s/ Jerome M. Varanini*
                                            By: Jerome M. Varanini
                                            Attorney for Defendants
                                            CALIFORNIA FORENSIC MEDICAL GROUP, INC.

**ORDER GRANTING DISMISSAL**

Pursuant to the stipulation of the parties, defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. and only defendant CALIFORNIA FORENSIC MEDICAL GROUP, INC. is hereby dismissed with prejudice.

Dated: 7/27/2012

                                            /s/ John A. Mendez
                                            United States District Court Judge