IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD NELSON, et al.,

        Plaintiffs,                      No. 2:09-cv-2776 JAM EFB P

    vs.

BUTTE COUNTY SHERIFF'S DEPARTMENT, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiffs Donald Nelson, Thomas Brewer, Joseph Simpson, and Donald Canfield, current and/or former inmates of Butte County Jail, proceed through counsel in an action brought under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On September 14, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days from the date the findings and recommendations were served.  Plaintiffs have filed objections to the findings and recommendations.

////

1         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule
2 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire
3 file, the court finds the findings and recommendations to be supported by the record and by
4 proper analysis.

5         Accordingly, IT IS HEREBY ORDERED that:

6         1. The findings and recommendations filed September 14, 2012 are adopted in
7 full;

8         2. Plaintiff Canfield's Eighth Amendment crutches claim is dismissed for failure
9 to state a claim.

10     So ordered.

11 DATED:   November 15, 2012

12                 /s/ John A. Mendez
13                 UNITED STATES DISTRICT COURT JUDGE