**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Bruce S. Alpert, County Counsel
Brad J. Stephens, Deputy County Counsel
OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive
Oroville, CA 95965
Tel:    (530) 538-7621
Fax:    (530) 538-6891
Attorneys for Defendants

Ellen C. Dove, SBN #64034
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
916-331-0111
fax 916-726-8576
edove3136@aol.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NELSON, et al., | Case No. 2:09-CV-02776 JAM EFB |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION TO WAIVE JURY TRIAL; ORDER** |
| BUTTE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

1   The parties, by and through the undersigned counsel, hereby waive their respective rights to
2   a jury trial, and agree the matter may be tried before the Honorable District Court Judge John A.
3   Mendez.

4

5                                              Respectfully submitted,

6   Dated: March 15, 2013                      Law Office of Ellen C Dove

7
                                               By  ____/s/ Ellen C. Dove____
8                                              Attorney for Plaintiffs
                                               (As authorized on March 15, 2013)
9

10  Dated: March 15, 2013                      PORTER SCOTT
                                               A PROFESSIONAL CORPORATION
11

12                                             By  ____/s/ John R. Whitefleet____
                                               Attorneys for Defendants
13

14
                                  **ORDER**
15
        Good cause appearing, the Court finds the parties have waived their respective rights
16  to a jury trial.  It is hereby ordered the matter will be tried as a bench trial before the
    undersigned.
17
                                               /s/ John A. Mendez
18                                             John A. Mendez
                                               U. S. District Court Judge
19

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
01114762.WPD            JOINT STIPULATION TO WAIVE JURY TRIAL; ORDER