**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Bruce S. Alpert, County Counsel
Brad J. Stephens, Deputy County Counsel
OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive
Oroville, CA 95965
Tel:    (530) 538-7621
Fax:   (530) 538-6891
Attorneys for Defendants

Ellen C. Dove, SBN #64034
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
916-331-0111
fax 916-726-8576
edove3136@aol.com
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NELSON, et al., | Case No. 2:09-CV-02776 JAM EFB |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION TO WAIVE JURY TRIAL; ORDER** |
| BUTTE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. _____/ | |

01114762.WPD            JOINT STIPULATION TO WAIVE JURY TRIAL; ORDER

1

1  The parties, by and through the undersigned counsel, hereby waive their respective rights to
2  a jury trial, and agree the matter may be tried before the Honorable District Court Judge John A.
3  Mendez.

                                       Respectfully submitted,

Dated: March 15, 2013                  Law Office of Ellen C Dove


                                       By      /s/ Ellen C. Dove
                                       Attorney for Plaintiffs
                                       (As authorized on March 15, 2013)


Dated: March 15, 2013                  PORTER SCOTT
                                       A PROFESSIONAL CORPORATION


                                       By      /s/ John R. Whitefleet
                                       Attorneys for Defendants


## ORDER

Good cause appearing, the Court finds the parties have waived their respective rights to a jury trial. It is hereby ordered the matter will be tried as a bench trial before the undersigned.

                                       /s/ John A. Mendez
                                       John A. Mendez
                                       U. S. District Court Judge