**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Bruce S. Alpert, County Counsel
Brad J. Stephens, Deputy County Counsel
OFFICE OF COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive
Oroville, CA 95965
Tel:   (530) 538-7621
Fax:   (530) 538-6891

Attorneys for Defendants BUTTE COUNTY SHERIFFS DEPARTMENT, JONES, FLICKER, DEAL, MELL, BENTLEY, NARVAIS, DEMMERS and MAFFUCI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD NELSON, et al., | Case No. 2:09-CV-02776 JAM EFB |
| Plaintiffs, | **STIPULATION FOR DISMISSAL AND ORDER** |
| vs. | |
| BUTTE COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DONALD NELSON and JOSEPH SIMPSON, by and through their undersigned counsel, and Defendants BUTTE COUNTY SHERIFF'S DEPT. (BUTTE COUNTY), CAPT. JONES. LT. BRYAN FLICKER, DEP. J. DEAL, C.O. MELL, C.O. BENTLEY, C.O. NARVAIS, C.O. DEMMERS, and C.O. MAFFUCCI, by and through its undersigned counsel, that all of the claims by Plaintiffs DONALD NELSON and JOSEPH SIMPSON alleged against Defendants BUTTE COUNTY SHERIFF'S DEPT. (BUTTE COUNTY), LT. BRYAN FLICKER, DEP. J. DEAL, C.O. MELL, C.O. BENTLEY, C.O. PATRICK NARVAIS, C.O. DEMMERS, C.O. MAFFUCCI, and CAPT.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
01122646.WPD    STIPULATION FOR DISMISSAL AND ORDER

JONES be dismissed with prejudice, pursuant to Rule 41 (a) (1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorneys' fees and costs.

                                    Respectfully submitted,

Dated: April 15, 2013       By  /s/ Ellen C. Dove
                                    Ellen C. Dove

Dated:  April 10, 2013       PORTER SCOTT
                                    A Professional Corporation

                                    By  /s/ John R. Whitefleet
                                          John R. Whitefleet

**ORDER**

IT IS SO ORDERED.

DATED:   4/16/2013

/s/ John A. Mendez
Honorable John A. Mendez
Judge of the United States District Court for the
Eastern District of California

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2
01122646.WPD    STIPULATION FOR DISMISSAL AND ORDER